UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HOYT,

    Plaintiff,

v.        Case No: 2:18-cv-49-FtM-38MRM

PORT CHARLOTTE HOTEL, LLC,

    Defendant.
_____/

## **ORDER**[1]

Pending before the Court is Plaintiff Janet Hoyt and Defendant Port Charlotte Hotel, LLC's Joint Motion for Approval and Entry of Consent Decree. (Doc. 12). The parties have resolved this action and have stipulated to a Consent Decree (Doc. 12-1) in which Port Charlotte Hotel agrees to modify its hotel to comply with the Title III of the Americans with Disabilities Act and the statute's regulations. The parties now move the Court to approve the Consent Decree and to retain jurisdiction to enforce it. (Doc. 12 at ¶ 4). After review of the parties' motion, record, and applicable law, the Court approves the Consent Decree (Doc. 12-1), retains jurisdiction, and dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Janet Hoyt and Defendant Port Charlotte Hotel, LLC's Joint Motion for Approval and Entry of Consent Decree (Doc. 12) is **GRANTED**.

(2) The Consent Decree (Doc. 12-1) is **APPROVED**, and the Court will retain jurisdiction over its settlement until **October 8, 2018**.

(3) The above-captioned case is **DISMISSED with prejudice**.

(4) The Clerk is **DIRECTED** to enter judgment accordingly and attach the Consent Decree (Doc. 12-1).

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of April 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record